UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorneys for the Debtor

**Order Filed on September 1, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

        Robert Morris,
           debtor

Case No.: 14-33724 ABA

Adv. No.:

Hearing Date:

Judge:  Altenburg

## CONSENT ORDER TO REDUCE THE PRE-PETITION BALANCE DUE TO STAPLE SEWING AIDS PENSION

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: September 1, 2015**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought before the court upon the consent of Jenkins & Clayman, attorneys for the debtor and  Howard D. Lipstein, Esquire, attorney for Staple Sewing Aids Pension, and for good cause having been shown, it is  hereby:

**ORDERED** and **ADJUDGED** that:

1. Staple Sewing Aids Pension has filed a secured proof of claim for pre-petition arrears and interest which totals $49,767.59.  This creditor shall accept $39,000.00 to be paid by the Chapter 13 Trustee as full satisfaction of this debt.  The remaining balance due to this creditor shall be treated as a general unsecured claim.

2. Should the debtor complete his Chapter 13 plan and should Staple Sewing Aids Pension receive $39,000 from the Chapter 13 Trustee, then the tax lien against debtor's residence shall be considered "paid in full" and "satisfied".

3. Should the debtor not complete his Chapter 13 plan, then the balance owed to Staple Sewing Aids Pension shall be determined in accordance with State law.

The undersigned hereby consent to the form and entry of this order:

Jenkins & Clayman                              Staple Sewing Aids Pension
Attorneys for debtor                           c/o Howard D. Lipstein, Esq


_____/s/ Eric J Clayman_____        _____/s/ Howard D. Lipstein_____
By: Eric J Clayman, Esq                        By: Howard D. Lipstein, Esq.