Case 14-33724-ABA    Doc 23    Filed 01/19/17    Entered 01/19/17 16:59:53    Desc Main
Document    Page 1 of 2

Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016  
**Case Number: 14-33724 (ABA)**

Robert P. Morris  
2137 45Th Street  
Pennsauken, NJ  08110

Monthly Payment: $894.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/26/2016 | $894.00 | 02/26/2016 | $894.00 | 03/22/2016 | $894.00 | 04/28/2016 | $894.00 |
| 05/24/2016 | $894.00 | 06/21/2016 | $894.00 | 07/27/2016 | $894.00 | 08/25/2016 | $894.00 |
| 09/27/2016 | $894.00 | 10/25/2016 | $894.00 | 11/29/2016 | $894.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT P. MORRIS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,852.20 | $2,852.20 | $0.00 | $0.00 |
| 1 | HUTCHINSON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | TOWNSHIP OF PENNSAUKEN | 24 | $3,694.73 | $1,222.30 | $2,472.43 | $867.11 |
| 4 | STAPLE SEWING AIDS PENSION | 24 | $39,000.00 | $13,130.12 | $25,869.88 | $9,073.30 |
| 5 | STATE OF NEW JERSEY HESAA | 33 | $4,303.27 | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY HESAA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | STAPLE SEWING AIDS PENSION | 33 | $10,767.59 | $0.00 | $10,767.59 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2014 | 8.00 | $0.00 |
| 08/01/2015 | Paid to Date | $5,400.00 |
| 09/01/2015 | 51.00 | $894.00 |
| 12/01/2019 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $9,834.00 |
| Total paid to creditors this period: | $9,940.41 |
| Undistributed Funds on Hand: | $1,648.54 |
| Arrearages: | $294.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**