**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorneys for the Debtor

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Robert Morris | CHAPTER 13 CASE NO. 14-33724 ABA |
| Debtor | |

APPLICATION FOR ORDER SHORTENING
TIME PERIOD FOR NOTICE UNDER FED. R. BANKR. P. 9006(c)(1)

The application of Jenkins & Clayman, attorneys for the debtor, respectfully represents:

1. Your applicant is the attorney for the debtor in the above-captioned matter.

2. The client has contacted our office requesting authorization to sell real estate and approve disbursements from sale of real estate. The Buyer for the property gets a $16,000.00 grant if closing takes place on or before November 15, 2017.

3. We respectfully request that this motion be heard on shortened time, preferably on November 7, 2017 as debtor fears if this matter were to be heard in the normal course the buyer would lose her grant.

4. Reduction of the time period in question is not prohibited under Fed. R. Bankr.P. 9006(c)(1) and the Rules listed there in

WHEREFORE, applicant requests entry of the Order submitted herewith.

Jenkins & Clayman
Attorneys for the Debtor and Applicant

Dated: 10.23.1         /s/ Eric J Clayman
                        Eric J Clayman, Esquire