Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−33724−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert P. Morris
   2137 45th Street
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−9436

Employer's Tax I.D. No.:

NOTICE TO ALL PARTIES IN INTEREST

Notice is hereby given of a change in hearing date regarding the Notice of Proposed Private Sale which was sent by the Court on October 23, 2017. The notice reflected that the hearing would be held on November 21, 2017, however, an Order Shortening Time has been entered scheduling the matter for a hearing on November 9, 2017 at 9:30 am. Objections may be presented orally at the hearing. Hearing location: Courtroom 4B of the Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Camden, NJ 08101. (Hearing pertains to property located at: 2137 45th Street, Pennsauken, NJ 08110)

Dated: October 24, 2017
JAN: ld

Jeanne Naughton
Clerk