UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 14-33724 |
| Robert Morris, debtor | Chapter: | 13 |
| | Judge: | ABA |

### NOTICE OF PROPOSED PRIVATE SALE

_____Robert Morris_____, _____debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | US Bankruptcy Court<br>US Post Office & Courthouse Building<br>PO Box 2067<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg_____ on _____November 21, 2017_____ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, _____400 Cooper St, Camden NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 2137 45th Street<br>Pennsauken, NJ  08110 |
|---|---|

| Proposed Purchaser: | Nicola Rene Visaggio<br>(unrelated third party) |
|---|---|

| Sale price: $122,000.00 |
|---|

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Peze & Carrol, Inc. Realtors (Mary Noel Whelan) |
|---|---|
| Amount to be paid: | 6% of sale price ( (share commission w/participating broker) |
| Services rendered: | Realtor |
| | Jenkins & Clayman<br>$800.0<br>Notice of Motion; Notice of Private Sale; Appointment of Realtor |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Eric J Clayman, Esquire   /s/ Eric J Clayman

Address: 412 White Horse Pike, Audubon, NJ 08106

Telephone No.: 856-546-9696

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 14-33724-ABA
Robert P. Morris                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 23, 2017
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db             +Robert P. Morris,    2137 45th Street,    Pennsauken, NJ 08110-2004
515463165       HESSA,   PO Box 548,    Trenton, NJ  08624
515186761      +Hutchinson,    521 Chapel Avenue,    Cherry Hill, NJ 08002
515186763      +Pennsauken Tax Office,    5605 N Crescent Blvd,    Pennsauken, NJ 08110-1834
515341804      +Staple Sewing Aids Pension,    90 Dayton Avenue, Bldg. #6C,    Passaic, NJ 07055-7041
515186764      +Staple Sewing Aids Pension,    c/o Howard D. Lipstein, Esq,   535 Morris Ave,
                 Springfield, NJ 07081-1038
515186765      +State of New Jersey Dept of Higher Ed,    c/o Schachter Portnoy LLC,    3490 US Route 1,
                 Princeton, NJ 08540-5920
515360696      +Township of Pennsauken,    Tax Collector,    5605 N. Crescent Boulevard,
                 Pennsauken, NJ 08110-1834
515186766       Us Department of Education,    c/o NJHESAA,    4 Quakerbridge Plaza,   PO Box 548,
                 Trenton, NJ 08625-0548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 23 2017 21:31:13    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 23 2017 21:31:11    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515186762       E-mail/Text: cio.bncmail@irs.gov Oct 23 2017 21:31:01    IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor Robert P. Morris jenkins.clayman@verizon.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 4
```