| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, New Jersey 08106<br>(856) 546-9696<br>Attorneys for the Debtor |
| In Re:<br><br>Robert Morris<br>Debtor |



**Order Filed on November 6, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:   14-33724 ABA

Hearing Date:

Judge:   Altenburg

# CONSENT ORDER TO ALLOW MARRIAGE DISSOLUTION PROCEEDINGS TO CONTINUE AND FOR FURTHER RELIEF

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: November 6, 2017**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought before the court upon the application of Jenkins & Clayman, attorneys for the debtor, Robert Morris and consent to this order having been approved by Carol Otvos, Esquire, Attorney for Lynn Morris and by Isabel C. Balboa, the Chapter 13 Trustee, and for good cause appearing therefore, it is hereby:

**ORDERED** and **ADJUDGED** that:

1. Marriage Dissolution Proceedings between Robert Morris, the debtor in this Chapter 13 bankruptcy case and his spouse, Lynn Morris, may commence and continue in the State Court of New Jersey.

2. To the extent that the automatic stay applies for purposes of determining equitable distribution, the stay is hereby vacated to allow equitable distribution and all other actions in order to allow the final dissolution of the marriage and all property settlement and/or support determinations.

The undersigned hereby consent to the form and entry of this order:

| | |
|---|---|
| Jenkins & Clayman | Law Ofc of Daniel Kurtman |
| Attorneys for debtor, Robert Morris | Attorneys for Lynne Morris |

| | |
|---|---|
| /s/ Eric J Clayman | /s./Carol Otvos |
| By: Eric J Clayman, Esquire | By: Carol Otvos, Esquire |

Isabel C. Balboa
Chapter 13 Trustee

/s/ Isabel C. Balboa
By: Isabel C. Balboa, Trustee