UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on November 6, 2017
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

    Robert Morris
    Debtor

Case No.:   14-33724 ABA

Hearing Date:

Judge:   Altenburg

## CONSENT ORDER TO ALLOW MARRIAGE DISSOLUTION PROCEEDINGS TO CONTINUE AND FOR FURTHER RELIEF

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: November 6, 2017**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought before the court upon the application of Jenkins & Clayman, attorneys for the debtor, Robert Morris and consent to this order having been approved by Carol Otvos, Esquire, Attorney for Lynn Morris and by Isabel C. Balboa, the Chapter 13 Trustee, and for good cause appearing therefore, it is hereby:

**ORDERED** and **ADJUDGED** that:

1. Marriage Dissolution Proceedings between Robert Morris, the debtor in this Chapter 13 bankruptcy case and his spouse, Lynn Morris, may commence and continue in the State Court of New Jersey.

2. To the extent that the automatic stay applies for purposes of determining equitable distribution, the stay is hereby vacated to allow equitable distribution and all other actions in order to allow the final dissolution of the marriage and all property settlement and/or support determinations.

The undersigned hereby consent to the form and entry of this order:

Jenkins & Clayman                                   Law Ofc of Daniel Kurtman
Attorneys for debtor, Robert Morris                 Attorneys for Lynne Morris


      /s/ Eric J Clayman                                  /s./Carol Otvos
By: Eric J Clayman, Esquire                         By: Carol Otvos, Esquire



Isabel C. Balboa
Chapter 13 Trustee



      /s/ Isabel C. Balboa
By:  Isabel C. Balboa, Trustee

United States Bankruptcy Court
District of New Jersey

In re:
Robert P. Morris
    Debtor

Case No. 14-33724-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 06, 2017
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.
db    +Robert P. Morris,    2137 45th Street,    Pennsauken, NJ 08110-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
    Eric Clayman    on behalf of Debtor Robert P. Morris jenkins.clayman@verizon.net
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
    TOTAL: 4