| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | |

**Order Filed on November 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Robert Morris
        Debtor

Case No.: 14-33724 ABA

Adv. No.:

Hearing Date:

Judge:  ABA

# ORDER TO APPROVE SALE OF REAL ESTATE AND TO APPROVE DISBURSEMENTS FROM SALE OF REAL ESTATE

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: November 9, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real commonly known as __2137 45th Street, Pennsauken, NJ 08110,__ New Jersey (the Real Property) and to approve disbursements of real estate

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore, the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Peze & Carroll, Inc. Realtors (Mary Noel Whelan) |
| Amount to be paid: | 6% of sale price (share commission with participating broker) |
| Services rendered: | Realtor |
| Name of Professional | Jenkins & Clayman |
| Amount to be paid: | $800.00 |
| Services Rendered: | Motion; Appointment of Realtor; Notice of Private Sale |

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Any remaining net proceeds shall be paid to the debtor.