UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696

by: Eric J Clayman, Esq

In Re:

Robert P. Morris,
debtor

Order Filed on November 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: __14-33724__

Chapter: __13__

Judge: __ABA__

---

## ORDER AUTHORIZING RETENTION OF

_____Realtor_____

The relief set forth on the following page is **ORDERED**.

**DATED: November 16, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain    Mary Noel Whelan

as    Realtor    , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Peze & Carroll, Inc.
   2917 Haddonfield Road
   Pennsauken, NJ  08110

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2