UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696

by: Eric J Clayman, Esq

In Re:
Robert P. Morris,
  debtor

Case No.: _____14-33724_____

Chapter: _____13_____

Judge: _____ABA_____

**Order Filed on November 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER AUTHORIZING RETENTION OF

_____Realtor_____

The relief set forth on the following page is **ORDERED**.

**DATED: November 16, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 14-33743-ABA  Doc 40  Filed 11/08/17  Entered 11/08/17 09:33:18  Desc Imaged
Case 14-33743-ABA  Doc 35-2  Filed 10/17/17  Entered 10/17/17 06:39:15  Desc Proposed Order authorizing retention  Page 2 of 2
Certificate of Notice   Page 2 of 3

Upon the applicant's request for authorization to retain ___Mary Noel Whelan___

as ___Realtor___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Peze & Carroll, Inc.
   2917 Haddonfield Road
   Pennsauken, NJ  08110

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Robert P. Morris  
      Debtor

Case No. 14-33724-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 16, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.  
db         +Robert P. Morris,    2137 45th Street,    Pennsauken, NJ 08110-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:  
        Eric Clayman    on behalf of Debtor Robert P. Morris jenkins.clayman@verizon.net  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
                                                                                                              TOTAL: 4